IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA WOOD,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Defendants. | Case No. 19-cv-04266-MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS**<br><br>Re: Dkt. No. 53 |

The Court is in receipt of plaintiff Andrea Wood's "Motion for Sanctions," filed October 7, 2019, by which she seeks, pursuant to Rule 11(c) of the Federal Rules of Civil Procedure, an order of sanctions against counsel of record for the County Defendants in the above-titled action.

The Court having fully considered the matter, the motion is hereby DENIED, plaintiff having failed to show she served the motion at least 21 days before she filed it (see Pl.'s Rule 11(c)(2) Certificate); see also Fed. R. Civ. P. 11(c)(2), and, more importantly, plaintiff having failed to show a violation of Rule 11.

**IT IS SO ORDERED.**

Dated: October 10, 2019

                                                MAXINE M. CHESNEY<br>
                                                United States District Judge